IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM SATTERFIELD,

    Plaintiff,

v.                                                           Civil Action No. 3:13CV846

UNKNOWN,

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on January 23, 2014, the Court conditionally docketed Petitioner's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On February 23, 2015, the Court directed Plaintiff to file a particularized complaint. On March 4, 2015, the United States Postal Service returned the February 23, 2015 Memorandum Order to the Court marked, "RETURN TO SENDER," and "ADDRESSEE NOT IN OUR FACILITY." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 4/15/15
Richmond, Virginia